No. 93–7305. JACKSON *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7306. IL HWAN KIM *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7307. KILLION *v.* UNITED STATES. C. A. 10th Cir. Certiorari denied.

No. 93–7308. HAWLEY *v.* STEPANIK, SUPERINTENDENT, PENN-SYLVANIA STATE CORRECTIONAL INSTITUTION AT DALLAS, ET AL. C. A. 3d Cir. Certiorari denied.

No. 93–7309. GIBBONS *v.* UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 93–7310. DUEST *v.* SINGLETARY, SECRETARY, FLORIDA DE-PARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 93–7311. BIVENS *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 93–7312. CHANEL *v.* UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 93–7313. ARNPRIESTER *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 93–7314. KARIM-PANAHI *v.* CALIFORNIA DEPARTMENT OF TRANSPORTATION ET AL. C. A. 9th Cir. Certiorari denied.

No. 93–7324. BOWERS *v.* UNITED STATES. C. A. 3d Cir. Cer-tiorari denied.

No. 93–7325. VILLEGAS *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7326. WALKER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 93–7328. VEYSADA *v.* UNITED STATES. C. A. 7th Cir. Certiorari denied.

No. 93–7330. SHANAHAN *v.* UNITED STATES. C. A. 9th Cir. Certiorari denied.